# IN THE SUPREME COURT OF THE STATE OF NEVADA

RLP-BRIER CREEK, LLC, A NEVADA SERIES LIMITED LIABILITY COMPANY OF THE CONTAINER RED LIZARD PRODUCTIONS, LLC, UNDER NRS 86.296,

Appellant,

vs.

DITECH FINANCIAL LLC, F/K/A GREEN TREE SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY,

Respondent.

No. 73668

**FILED**

OCT 0 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from findings of fact, conclusions of law and judgment in an action relating to real property. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

On April 16, 2018, we entered an order reinstating briefing and directing appellant to file and serve its transcript request form or certificate of no transcript request by April 27, 2018, and it opening brief and appendix by May 31, 2018. In addition, on August 21, 2018, respondent filed a motion to dismiss this appeal based on appellant's failure to file the opening brief. To date, appellant has not filed the required documents, opposed the motion

to dismiss, or otherwise communicated with this court. Under these circumstances, it appears that appellant has abandoned this appeal, and we ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

cc:  Hon. Joanna Kishner, District Judge
     Robert F. Saint-Aubin, Settlement Judge
     Cooper Coons Ltd.
     Wolfe & Wyman LLP
     Eighth District Court Clerk